# Third District Court of Appeal

## State of Florida

Opinion filed March 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-498
Lower Tribunal Nos. F05-37731B, F05-36528B

_____

**Zackery Rashard Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Zackery Rashard Williams, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.